**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| STEVEN SIMONS,<br>*Plaintiff*,<br>v.<br>ARES CAPITAL MANAGEMENT LLC,<br>*Defendant*,<br>-and-<br>ARES CAPITAL CORPORATION,<br>*Nominal Defendant*. | C.A. No. 1:26-cv-03231 |

**ORDER GRANTING CONSENT MOTION TO TRANSFER VENUE AND CONTINUE RESPONSE DEADLINES**

Before the Court is Defendant Ares Capital Management LLC's Consent Motion to Transfer Venue to the United States District Court for the Southern District of New York and Continue Response Deadlines. The Court, having considered the Consent Motion, including the pendency of a related action captioned *Siegel v. Ares Capital Management LLC*, No. 1:26-cv-04371 (S.D.N.Y. filed May 26, 2026) before Judge Rearden, finds that it is well taken and should be GRANTED. It is therefore

1. ORDERED that the Consent Motion to Transfer Venue and Continue Response Deadlines be GRANTED, that this action is transferred to the United States District Court for the Southern District of New York, and that all response deadlines, including Defendant's deadline to serve a responsive pleading to the Complaint, are continued pending transfer. There shall be no requirement to respond to the Complaint unless and until the transferee court so orders. The Clerk

of the Court is directed to take the necessary steps to effectuate the ordered transfer of venue and to thereafter close the case.

SIGNED this 15th day of September 2026.

/s/
Julie R. Rubin
UNITED STATES DISTRICT JUDGE